

## Case Assignment
## Standard Criminal Assignment

Case number **3:19CR-88-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 5/8/2019 2:32:13 PM
Transaction ID: 18692

Request New Judge    Return