

MAY 0 8 2019

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                      PLAINTIFF

vs.                               3:19-Cr-88-DJH

DEVAN EDWARDS                            DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Amanda Gregory hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Amanda Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911