

FILED
VANESSA L. ARMSTRONG, CLERK

MAY 08 2019

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA          PLAINTIFF

vs.          3:19-cr-88-DJH

DEVAN L. EDWARDS          DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

United States Department of Justice Trial Attorney Christopher J. Perras hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*p.p.* [signature]
Christopher J. Perras
Trial Attorney
601 D Street, NW
Washington, DC 20004
Phone: (202) 353-5939
FAX:   (202) 514-8336
Email: christopher.perras@usdoj.gov