UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:19-CR-88-DJH

DEVAN L. EDWARDS                                                  DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE
*ELECTRONICALLY FILED*

The undersigned has been retained to represent Devan Edwards. My address is 600 West Main Street, Suite 500, Louisville, Kentucky 40202. My telephone numbers are (502) 882-5192 or (502) 594-1802 and our fax number is (502) 584-1212.

Respectfully submitted,

/S/ Brian Butler

BRIAN BUTLER
Dathorne & Butler, LLC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502)882-5192 or (502) 594-1802

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court and counsel of record, on May 9, 2019.

/S/ Brian Butler

BRIAN BUTLER