AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:19cr-088-DJH |
| DEVAN L. EDWARDS ) | |
| ) | |
| *Defendant* ) | |

**FILED**
VANESSA L. ARMSTRONG, CLERK
MAY 16 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/16/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Brian Butler
*Printed name of defendant's attorney*

_____
*Judge's signature*

David J. Hale, United States District Judge
*Judge's printed name and title*