# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

**VS.**                              **CRIMINAL ACTION NO.   3:19-CR-88-DJH**

**DEVAN L. EDWARDS**                                                                **DEFENDANT**

## **ORDER**

The above-styled case came before the undersigned on May 16, 2019, to set bond conditions following the arraignment and plea conducted by the Honorable David J. Hale. Assistant United States Attorneys Amanda E. Gregory and Christopher J. Perras appeared on behalf of the United States. The defendant was present with Brian Butler, retained counsel. The proceeding was recorded by Dena Legg, Official Court Reporter.

After discussion with counsel and by agreement of the United States Probation Office,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release**.**

May 20, 2019

Colin H Lindsay, Magistrate Judge
United States District Court

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|10