UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                PLAINTIFF

v.                                      CRIMINAL ACTION NO. 3:19-CR-00088-DJH

DEVAN EDWARDS                                         DEFENDANT

### UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

ELECTRONICALLY FILED

Comes the United States of America, by undersigned counsel, to move to continue the sentencing currently set for August 12, 2019. Counsel for Devan Edwards does not oppose this motion and agrees in the necessity of a continuance.

As grounds for this motion to continue, counsel for the United States states that this case is related to *United States v. Schwartz et al.*, Case No. 3:19-CR-87-RGJ, which is still ongoing. The United States believes this matter should trail the related case, so all parties and the Court will have the benefit of knowing the disposition of the cases against the defendants in that case in making decisions with respect to Mr. Edwards' sentencing. The *Schwartz* case is currently set for a status on October 2, 2019, at which time it is expected that the defendants in that case will let the Court know whether they want to proceed to trial. Based on the current posture of that case, a continuance of at least 180 days is requested with respect to Mr. Edwards' sentencing.

WHEREFORE, this Court is respectfully requested to enter the attached Order, such that the interests of justice will be served by continuing the sentencing date in this matter.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5016
FAX: (502) 582-5097
Email: amanda.gregory@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to defense counsel.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney