UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                CRIMINAL ACTION NO. 3:19-CR-00088-DJH

DEVAN EDWARDS                                                                             DEFENDANT

## ORDER

The United States having moved to continue the sentencing date in this matter; counsel for the defendant not opposing this motion; the Court having competent jurisdiction and having heard the unopposed motion; the United States having demonstrated good cause for a continuance; and the Court being sufficiently advised,

IT IS HEREBY ordered that the sentencing date in this matter is continued.