UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:19-cr-88-DJH

DEVAN L. EDWARDS,	Defendant.

\* \* \* \* \*

## ORDER

The United States having filed an unopposed motion to continue the sentencing hearing in this matter, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the unopposed motion to continue (Docket No. 16) is **GRANTED**. The sentencing hearing currently set for August 12, 2019, is **REMANDED** from the Court's docket, to be reset by subsequent order.

July 30, 2019

**David J. Hale, Judge
United States District Court**

1