UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                            Criminal Action No. 3:19-cr-88-DJH

DEVAN L. EDWARDS,                                                                        Defendant.

\* \* \* \* \*

**ORDER**

In accordance with the Court's prior Order (Docket No. 17), it is hereby

**ORDERED** that this matter is set for sentencing on **March 5, 2020, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

November 5, 2019

**David J. Hale, Judge
United States District Court**

1