UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 3:19-CR-88-DJH

DEVAN EDWARDS                                                                           DEFENDANT

*****

## **ORDER**

Motion having been made to file the sentencing memorandum under seal, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to File a Sentencing Memorandum under seal is GRANTED.