

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                Plaintiff,

v.                                                                       Criminal Action No. 3:19-cr-88-DJH

DEVAN L. EDWARDS,                                                        Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

March 5, 2020                                    _____
Date                                             Defendant's Signature