UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                         Plaintiff,

v.                                                         Criminal Action No. 3:19-cr-88-DJH

DEVAN L. EDWARDS,                                              Defendant.

\* \* \* \* \*

## ORDER

In light of the ongoing national emergency and related public health concerns, it is hereby

**ORDERED** that Defendant Devan L. Edwards shall not be required to report for service

of weekend imprisonment prior to **August 1, 2020**.

April 1, 2020


cc:    U.S. Marshals Service
       U.S. Probation Office

**David J. Hale, Judge**
**United States District Court**

1