UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                                Criminal Action No. 3:19-cr-88-DJH

DEVAN L. EDWARDS,                                                           Defendant.

* * * * *

## ORDER

The Court has been made aware of a discrepancy between the sentencing guidelines and Bureau of Prisons policy as to how days of confinement are calculated for purposes of a sentence of intermittent confinement. *See* U.S.S.G. § 5C1.1(e)(1). The Court therefore proposes that the conditions of the defendant's supervised release be modified to clarify (1) that the twelve-day sentence of imprisonment is to be served in weekend confinement and (2) that the sentence will be served over four weekends as opposed to six. Because these changes "[are] favorable to the [defendant] and do[] not extend the term of . . . supervised release," no hearing is necessary unless requested by the United States. Fed. R. Crim P. 32.1(c)(2). Accordingly, an order effecting the changes outlined above will be entered unless either party objects or requests a hearing within **ten (10) days** of entry of this Order.

April 8, 2020

**David J. Hale, Judge**
**United States District Court**

1