UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                        Criminal Action No. 3:19-cr-88-DJH

DEVAN L. EDWARDS,                                                                         Defendant.

\* \* \* \* \*

## ORDER

No party having objected to the modifications proposed in the Court's April 9, 2020 Order (Docket No. 35), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the conditions of Defendant's supervised release are **MODIFIED** as follows:

(1)  The twelve-day sentence of imprisonment shall be served in weekend confinement.

(2)  The sentence shall be served over four weekends.

cc:     Bureau of Prisons

1